

**FILED & ENTERED**

**JUN 18 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Gagig Simonian<br><br><br><br>Debtor(s). | Case No.: 2:14-bk-18602-BB<br><br>Chapter 7<br><br>**ORDER DISMISSING BANKRUPTCY CASE WITH A FIVE (5) YEAR BAR AGAINST GAGIG SIMONIAN BEING A DEBTOR UNDER ANY BANKRUPTCY CHAPTER PURSUANT TO ORDER TO SHOW CAUSE**<br><br>Date:    June 18, 2014<br>Time:    10:00 AM<br>Courtroom: 1475 |

    A hearing in the above-referenced bankruptcy case was held on June 18, 2014 at 10:00 a.m. on the Court's order to show cause why the above-referenced case should not be dismissed with a five (5) year bar against the debtor Gagig Simonian being a debtor under any bankruptcy chapter for abusing the bankruptcy system by filing eight (8) prior bankruptcy cases since 2008 and failing to prosecute any of the cases. Debtor has failed to respond to the order to show cause.

1   **IT IS HEREBY ORDERED** that the above-referenced bankruptcy case is
2   **DISMISSED** with bar against debtor Gagig Simonian's being a debtor under any
3   chapter of the bankruptcy code for a period of five (5) years from the entry date of this
4   order.

###

Date: June 18, 2014

Sheri Bluebond
United States Bankruptcy Judge